> **Motion GRANTED for extension to 3/11/13.**
> *[Judge's signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:13-00010 |
| | ) JUDGE TRAUGER |
| DARIS CARMACK | ) |

### MOTION TO EXTEND TIME FOR FILING PRETRIAL MOTIONS

Through counsel, defendant Daris Carmack moves to extend the time for filing pretrial motions. This matter is set for trial on March 26, 2013.

By Local Rule, pretrial motions are due today. However, defense counsel has not yet received discovery in this matter and therefore cannot determine whether pretrial motions are necessary or appropriate.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT, BPR #017021
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: caryll_alpert@fd.org

Attorney for Daris Carmack

### CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I electronically filed the foregoing Motion To Extend with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to Harold B. McDonough, Jr., Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Caryll S. Alpert*