IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00010 |
| | ) | Judge Trauger |
| | ) | |
| DARIS CARMACK | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing hearing for this defendant is **RESET** for Thursday, January 9, 2014, at 4:00 p.m.

It is so **ORDERED**.

ENTER this 3rd day of December 2013.

_____
ALETA A. TRAUGER
U.S. District Judge